[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-12882
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 21, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00050-CR-4-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAWRENCE SECREASE,
a.k.a. LAW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 21, 2009)

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Gwendlyn Spivey, appointed counsel for Lawrence Secrease in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Secrease's convictions and sentences are **AFFIRMED**.